IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERRY L. HARROLD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-05-4-M ) |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On October 5, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. Plaintiff was advised of her right to object to the Report and Recommendation by October 25, 2005. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 5, 2005, and
(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 28th day of October, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE